**ORIGINAL**

FORM

UNITED STATES COURT OF INTERNATIONAL TRADE

Swarovski North America, Ltd.

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

01-00187

**SUMMONS**

**TO:** The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



### PROTEST

| Port of Entry: | See Attached | Date Protest Filed: | See Attached |
|---|---|---|---|
| Protest Number: | See Attached | Date Protest Denied: | See Attached |
| Importer: | Swarovski North America, Ltd. | | |
| Category of Merchandise: | Festive articles | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | SEE SCHEDULE ATTACHED | | | |
| | | | | | |
| | | | | | |

| Port Director, U.S. Bureau of Customs & Border Protection 49 Pavilion Ave. Providence, RI 02905 | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP 399 Park Ave. 25th floor New York, New York 10022 212/557-4000 |
|---|---|
| *Address of Customs District in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

Page 1

289597

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Festive Articles | 7013.91.5000 | 6% ad val. | 9504.90.6000<br>9505.10.1000 | Duty Free<br>Duty Free |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: |
| The issue which was common to all such denied protests: Whether the imported merchandise is specifically provided for under the claimed tariff provision. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

5-7-04
Date

_Steven P. Florsheim_

# SCHEDULE OF OF SUMMONS

**Port of Entry: Providence, RI**

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 0502-03-100008 | 08/28/2003 | 11/13/2003 | 002-4119850-6 | 07/18/2002 | 05/30/2003 |
| 0502-03-100008 | 08/28/2003 | 11/13/2003 | 002-4119858-9 | 07/19/2002 | 05/30/2003 |
| 0502-03-100008 | 08/28/2003 | 11/13/2003 | 002-4119715-1 | 07/15/2002 | 05/30/2003 |
| | | | | | |
| 0502-03-100010 | 08/29/2003 | 11/18/2003 | 002-4120059-1 | 07/26/2002 | 06/06/2003 |
| | | | | | |
| 0502-03-100011 | 08/29/2003 | 11/19/2003 | 002-4120134-2 | 07/31/2002 | 06/13/2003 |
| 0502-03-100011 | 08/29/2003 | 11/19/2003 | 002-4120352-0 | 08/08/2002 | 06/20/2003 |
| | | | | | |
| 0502-03-100012 | 09/17/2003 | 11/20/2003 | 002-4120265-4 | 08/16/2002 | 06/27/2003 |
| | | | | | |
| 0502-03-100013 | 09/17/2003 | 11/20/2003 | 002-4120753-9 | 08/23/2002 | 07/07/2003 |

Port Director,
U.S. Bureau of Customs & Border Protection
49 Pavilion Ave.
Providence, RI 02905

### SERVICE OF SUMMONS

I certify that a copy of this summons was returned to the person who filed the summons and a copy was served upon the Attorney in charge, International Trade Field Office, Commercial Litigation Branch; the Assistant Chief Counsel, International Trade Litigation; and the district director for the customs district in which the protest was denied. Service was made by the undersigned on the data shown below by mail except that service by delivery was made to the Attorney in Charge, International Trade Field Office, Commercial Litigation Branch; and the Assistant Chief Counsel, International Trade Litigation.

Date: 5-11-07

Leo M. Gordon
Clerk of the Court

By: _____
Deputy Clerk