FORM 5

UNITED STATES COURT OF INTERNATIONAL TRADE

INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| PLAINTIFF: Swarovski North America, Ltd. <br><br>ATTORNEY *(Name, Address, Telephone No.)*: <br>Grunfeld, Desiderio, Lebowitz, <br>Silverman & Klestadt LLP <br>245 Park Avenue, 33rd Floor <br>New York, NY 10167 <br>Tel: (212) 557-4000 | PRECEDENCE <br><br>If the action is to be given precedence under Rule 3(g), indicate the applicable paragraph of that section: <br><br>[ ] (1)    [ ] (3)    [ ] (5) <br><br>[ ] (2)    [ ] (4) |
|---|---|

### JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

| [ ] Appraisal | [X] Classification | [ ] Charges or Exactions |
|---|---|---|
| [ ] Exclusion | [ ] Liquidation | [ ] Drawback |
| [ ] Refusal to Reliquidate | [ ] Rate of Duty | [ ] Redelivery |

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[ ] Appraisal     [ ] Classification     [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. § 1516a** *(Provide a brief description of the administrative determination you are contesting, including the relevant Federal Register citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause _____  Agency _____

*Federal Register* Cite(s) _____

Product(s) _____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2371**

[ ] U.S. Secretary of Labor     [ ] U.S. Secretary of Commerce

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** *(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:    [ ] U.S. International Trade Commission    [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[ ] Sec. 641(b)(2)    [ ] Sec. 641(b)(3)    [ ] Sec. 641(c)(1)    [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)    [ ] Sec. 641(d)(2)(B)    [ ] Sec. 499(b)

*(Continued on reverse side)*

| | |
|---|---|
| **28 U.S.C. § 1581(h) - Ruling relating to:** | |
| [ ] Classification [ ]    [ ] Valuation    [ ] Restricted Merchandise | |
| [ ] Rate of Duty    [ ] Marking    [ ] Entry Requirements | |
| [ ] Drawbacks    [ ] Vessel Repairs    [ ] Other: | |

**28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

**28 U.S.C. § 1582 - Actions Commenced by the United States**

[ ] (1) Recover civil penalty under Tariff Act of 1930:
- [ ] Sec. 592    [ ] Sec. 593A    [ ] Sec. 641(b)(6)
- [ ] Sec 641(d)(2)(A)    [ ] Sec. 704(i)(2)    [ ] Sec. 734(i)(2)

[ ] (2) Recover upon a bond

[ ] (3) Recover customs duties

### RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: | | | |
| [ ] Pending: | | | |

(Attach additional sheets, if necessary)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000.)

RECEIVED & FILED

2004 MAY 11  P 2: 53